

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00680-CV

ELIZABETH COPELAND, Appellant

V.

BARRY COPELAND, Appellee

Appeal from the 311th District Court of Harris County.   (Tr. Ct. No. 2012-39055).

**TO THE 311TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 31st day of March, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This is an appeal from the judgment signed by the court below on April 29, 2014.   After being notified that this appeal was subject to dismissal want of prosecution for failure to file a brief, appellant did not adequately respond. Accordingly, the Court **dismisses** the appeal for want of prosecution.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 31, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 17, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

